**The KENTUCKY WORKMEN'S COMPEN-
SATION BOARD et al., Appellants,**

**v.**

**Amos Eugene BAILEY et al., Appellees.**

Court of Appeals of Kentucky.

June 26, 1964.

J. W. Craft, Jr., Frankfort, Ben K. Wilmot, Louisville, for appellants.

Gavin H. Cochran, Robert M. Tiller, Louisville, for appellees.

MILLIKEN, Chief Justice.

Since the filing of the appeal in the case at bar, this Court has decided the controlling question presented here. On the authority of Kentucky Workmen's Compensation Board, et al. v. Haungs, et al., Ky., 373 S.W.2d 724 (decided January 24, 1964), the judgment is reversed.